Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                     Case No.:  23−17269−RG
                     Chapter:  13
                     Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelli Caldwell
   307 Prospect Ave
   Apt 5D
   Hackensack, NJ 07601−2532

Social Security No.:
   xxx−xx−6585

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           1/17/24
Time:          08:30 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 4, 2023
JAN: lc

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 23-17269-RG

Kelli Caldwell                                                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Dec 04, 2023 | Form ID: 132 | Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelli Caldwell, 307 Prospect Ave, Apt 5D, Hackensack, NJ 07601-2532 |
| 520004262 | # | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 520004263 | | Barclays Bank De/Northstar location svc, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 520101052 | | Baridge House Associates, 307 Prospect House, Hackensack, NJ 07601 |
| 520004264 | | Bergdorf Goodman/Capital One, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004270 | | CoastalcommProsper, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520004272 | | Department of Finance, PO Box 469046, Escondido, CA 92046-9046 |
| 520004273 | | Department of Treasury/IRS, 8212 Hamilton Ave, Cincinnati, OH 45231-2326 |
| 520004277 | + | First National Bank, The Bureaus, 650 Dundee ED Ste 370, Northbrook, IL 60062-2757 |
| 520004279 | + | ISN Corporation, 2000 N Classen Blvd Ste 3200, Oklahoma City, OK 73106-6034 |
| 520004280 | | JetBlue Barclay Bank Delaware, PO Box 19899, Wilmington, DE 19801 |
| 520004282 | | Linebacker Goggan Blair & Sampson, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 520004293 | | Syncb/PPC, PO Box 530975, Orlando, FL 32801 |
| 520068490 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520004298 | | The Port Authority of NY/NJ, PO Box 149001, Staten Island, NY 10314-9001 |
| 520004299 | | Toll Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520004300 | | Tromberg, Morris & Pulin, PLLC, 1515 S Federal Hwy Ste 100, Boca Raton, FL 33432-7404 |
| 520004302 | | US BANK-NJ-Indirect Lendding, PO Box 790179, Saint Louis, MO 63179-0179 |
| 520004303 | | Walmart/Capital One, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520004259 | | Email/Text: backoffice@affirm.com | Dec 04 2023 20:54:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520049998 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:33 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004260 | | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 04 2023 20:53:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 520004261 | | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 04 2023 20:53:00 | AllianceOne Receivables Management Inc., PO Box 3100, Southeastern, PA 19398-3100 |
| 520004265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:40 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520004267 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:54:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |

| | | | |
|---|---|---|---|
| 520004266 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 21:02:49 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520019166 | + Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:04:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004268 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:32 | Citibank, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 520004269 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:42 | Citibank, N.A., 5800 S Corporate Pl # PALCE MAIL CODE 23, Sioux Falls, SD 57108-5027 |
| 520023831 | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2023 20:54:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520021298 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520004271 | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2023 21:03:24 | Credit One Bank USA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004274 | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520010053 | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520004275 | Email/Text: bknotice@ercbpo.com | Dec 04 2023 20:54:16 | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 520004276 | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:54:00 | FEB Destiny/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004278 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 04 2023 21:02:38 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520004281 | Email/Text: customerservice.us@klarna.com | Dec 04 2023 20:53:00 | Klarna Inc, 629 N High St Ste 300, Columbus, OH 43215-2025 |
| 520047105 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004283 | Email/Text: BKNotice@ldvlaw.com | Dec 04 2023 20:54:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Dr Ste 100P, Mount Laurel, NJ 08054-1725 |
| 520004286 | Email/Text: EBN@Mohela.com | Dec 04 2023 20:54:00 | Mohela-Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520004284 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:36 | Macy's/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520059983 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 04 2023 21:04:11 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520050047 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520004285 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 04 2023 21:02:33 | Midland MTG/ MIDFIRST BANK, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520004288 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 04 2023 20:53:00 | NJ E-ZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 520063336 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 04 2023 20:53:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520067918 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2023 20:54:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004287 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 21:02:22 | Neiman Marcus/Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520004289 | + Email/Text: bnc@nordstrom.com | | |

Case 23-17269-RG  Doc 26  Filed 12/06/23  Entered 12/07/23 00:13:12  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 132 | Total Noticed: 68 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 04 2023 20:54:48 | Nordstrom TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 520065838 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:02:30 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520067630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:04:19 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 520004291 | Email/Text: signed.order@pfwattorneys.com | Dec 04 2023 20:53:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520004290 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:02:58 | Portfolio Recovery Associatates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 520067844 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2023 20:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520031624 | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2023 20:54:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520031623 | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2023 20:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520004292 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:15:07 | Syncb/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 520004294 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:16 | Syncb/ToysRUS, PO Box 965036, Orlando, FL 32896-5036 |
| 520004295 | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:54:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004296 | Email/Text: bncmail@w-legal.com | Dec 04 2023 20:54:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004297 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:04:27 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520024634 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 04 2023 20:54:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520005226 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 04 2023 21:03:19 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520004301 | Email/Text: BAN5620@UCBINC.COM | Dec 04 2023 20:54:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 520061837 | + Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:03:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 04, 2023 | Form ID: 132 | Total Noticed: 68 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David E. Mayland | on behalf of Debtor Kelli Caldwell dm@strasserlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4