DAVID E. MAYLAND  
STRASSER AND ASSOCIATES, P.C.  
7 EAST RIDGEWOOD ROAD  
PARAMUS, NJ  07652

Re:  KELLI CALDWELL                               Atty:  DAVID E. MAYLAND  
     307 PROSPECT AVE                                    STRASSER AND ASSOCIATES, P.C.  
     APT 5D                                              7 EAST RIDGEWOOD ROAD  
     HACKENSACK,  NJ  07601-2532                         PARAMUS, NJ  07652

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**  
Chapter 13 Case # 23-17269

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2023 | $1,120.00 | | 12/06/2023 | $1,120.00 | |

**Total Receipts: $2,240.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,240.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 179.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM INC | UNSECURED | 528.27 | 0.00% | 0.00 | 0.00 |
| 0002 | ALLIANCE ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | ALLIANCEONE RECEIVABLES MANAGEM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | APOTHAKER SCIAN P.C. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | BARCLAYS BANK DE/NORTHSTAR LOCA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 2,375.71 | 0.00% | 0.00 | 0.00 |
| 0007 | CITIBANK NA | UNSECURED | 2,736.20 | 0.00% | 0.00 | 0.00 |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 722.66 | 0.00% | 0.00 | 0.00 |
| 0009 | CAPITAL ONE BANK (USA) NA | UNSECURED | 960.78 | 0.00% | 0.00 | 0.00 |
| 0010 | CITIBANK NA | UNSECURED | 4,789.65 | 0.00% | 0.00 | 0.00 |
| 0011 | CITIBANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | COASTALCOMMPROSPER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 1,167.43 | 0.00% | 0.00 | 0.00 |
| 0014 | DEPARTMENT OF FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | UNITED STATES TREASURY/IRS | PRIORITY | 24,107.54 | 100.00% | 0.00 | 0.00 |
| 0016 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,520.39 | 0.00% | 0.00 | 0.00 |
| 0017 | ERC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,188.88 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-17269**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | FIRST NATIONAL BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 917.39 | 0.00% | 0.00 | 0.00 |
| 0021 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | JETBLUE BARCLAY BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | KLARNA INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | LINEBACKER GOGGAN BLAIR & SAMPSO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | LYONS, DOUGHTY & VELDHUIS, P.C. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | CITIBANK NA | UNSECURED | 964.99 | 0.00% | 0.00 | 0.00 |
| 0027 | MIDFIRST BANK | (NEW) Prepetition | 33,587.29 | 100.00% | 0.00 | 0.00 |
| 0028 | MOHELA-DEPT OF ED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | NJ E-ZPASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | LVNV FUNDING LLC | UNSECURED | 1,838.30 | 0.00% | 0.00 | 0.00 |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,585.48 | 0.00% | 0.00 | 0.00 |
| 0032 | PORTFOLIO RECOVERY ASSOCIATATES, I | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | PRESSLER & PRESSLER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 241.93 | 0.00% | 0.00 | 0.00 |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,537.56 | 0.00% | 0.00 | 0.00 |
| 0036 | SYNCB/TOYSRUS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,232.34 | 0.00% | 0.00 | 0.00 |
| 0038 | TD BANK USA NA | UNSECURED | 3,868.58 | 0.00% | 0.00 | 0.00 |
| 0039 | CITIBANK NA | UNSECURED | 872.66 | 0.00% | 0.00 | 0.00 |
| 0040 | THE PORT AUTHORITY OF NY/NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | TOLL VIOLATIONS PROCESSING CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | TROMBERG, MORRIS & PULIN, PLLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | US BANK NATIONAL ASSOCIATION | UNSECURED | 2,896.18 | 0.00% | 0.00 | 0.00 |
| 0045 | UNITED COLLECTION BUREAU, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,961.22 | 0.00% | 0.00 | 0.00 |
| 0047 | QUANTUM3 GROUP LLC | UNSECURED | 5,516.88 | 0.00% | 0.00 | 0.00 |
| 0048 | AFFIRM INC | UNSECURED | 163.83 | 0.00% | 0.00 | 0.00 |
| 0049 | AFFIRM INC | UNSECURED | 76.25 | 0.00% | 0.00 | 0.00 |
| 0050 | AFFIRM INC | UNSECURED | 76.20 | 0.00% | 0.00 | 0.00 |
| 0051 | AFFIRM INC | UNSECURED | 72.62 | 0.00% | 0.00 | 0.00 |
| 0052 | AFFIRM INC | UNSECURED | 403.02 | 0.00% | 0.00 | 0.00 |
| 0053 | AFFIRM INC | UNSECURED | 154.79 | 0.00% | 0.00 | 0.00 |
| 0054 | AFFIRM INC | UNSECURED | 90.76 | 0.00% | 0.00 | 0.00 |
| 0055 | AFFIRM INC | UNSECURED | 174.27 | 0.00% | 0.00 | 0.00 |
| 0056 | AFFIRM INC | UNSECURED | 64.23 | 0.00% | 0.00 | 0.00 |
| 0057 | AFFIRM INC | UNSECURED | 170.20 | 0.00% | 0.00 | 0.00 |
| 0058 | AFFIRM INC | UNSECURED | 189.96 | 0.00% | 0.00 | 0.00 |
| 0059 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 259.16 | 0.00% | 0.00 | 0.00 |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 159.23 | 0.00% | 0.00 | 0.00 |
| 0061 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 72.90 | 0.00% | 0.00 | 0.00 |
| 0062 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 177.20 | 0.00% | 0.00 | 0.00 |
| 0063 | UNITED STATES TREASURY/IRS | UNSECURED | 25,471.60 | 0.00% | 0.00 | 0.00 |
| 0064 | BARIDGE HOUSE ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $179.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $2,240.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $179.20    =    Funds on Hand: $2,060.80

**Chapter 13 Case # 23-17269**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.