UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David E. Mayland, Esq. (DM 1225)
**STRASSER & ASSOCIATES, P.C**.
7 East Ridgewood Avenue
Paramus, New Jersey 07652
Phone:  (201) 445-9001
Facsimile:  (201) 445-1188
*Attorneys for  Debtor Kelli Caldwel*

IN RE:

KELLI CALDWELL

DEBTOR.

Case No.: 23-17269-RG

Judge:  Hon. Rosemary Gambardella

Chapter:  13

# NOTICE OF CONVERSION
# FROM CHAPTER 13 TO A CASE UNDER CHAPTER 7

Now comes the Debtor, KELLI M. CALDWELL, by and through Counsel, Strasser & Associates, P.C.  who give notice that this case, which was originally filed under Chapter 13, is now converted to a straight bankruptcy case under Chapter 7 of the U.S. Bankruptcy Code.

Respectfully submitted,
STRASSER & ASSOCIATES, P.C.
Attorneys for the Debtor, Kelli Caldwell


  /s/ David E. Mayland_____
David E. Mayland, Esq. (DM1225)

## AUTHORIZATION

I Kelli Caldwell, authorize and direct my attorney, David E. Mayland, Esq., of Strasser and Associates, P.C. to sign and file this notice and to convert our case to a case under Chapter 7 of the Bankruptcy Code. The attorney has explained the relief available under the various chapters of the Bankruptcy Code, and I have decided to file for a Chapter 7 Bankruptcy.

/s/ Kelli M. Caldwell
_____
Kelli M. Caldwell, Debtor

Date: 1/16/23

## MEMORANDUM IN SUPPORT

Pursuant to 11 USC 1307(a), a case may be converted, as a matter of right, at any time. Pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure the date filing of this notice with the Clerk of the U.S. Bankruptcy Court is deemed to be the date of the conversion order.

>Respectfully submitted,
>STRASSER & ASSOCIATES, P.C.
>Attorneys for the Debtor, Kelli Caldwell
>
>  /s/ David E. Mayland
>David E. Mayland, Esq. (DM1225)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David E. Mayland, Esq. (DM 1225)
**STRASSER & ASSOCIATES, P.C**.
7 East Ridgewood Avenue
Paramus, New Jersey 07652
Phone:  (201) 445-9001
Facsimile:  (201) 445-1188
*Attorneys for  Debtor Kelli Caldwel*

| | |
|---|---|
| IN RE:<br><br>KELLI CALDWELL<br><br>DEBTOR. | Case No.: 23-17269-RG<br><br>Judge:  Hon. Rosemary Gambardella<br><br>Chapter:  13<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that a copy of the foregoing was served upon:

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee,
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the U.S. Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Denise Carlon, Esq.
Attorney for Midfirst Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

On this 16th  day of January 2024 by regular, postage pre-paid, U.S. Mail and electronic filing.

                                         STRASSER & ASSOCIATES, P.C.
                                         Attorneys for the Debtor, Kelli Caldwell

                                         __/s/ David E. Mayland_____
                                         David E. Mayland, Esq. (DM1225)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David E. Mayland, Esq. (DM 1225)
**STRASSER & ASSOCIATES, P.C**.
7 East Ridgewood Avenue
Paramus, New Jersey 07652
Phone:  (201) 445-9001
Facsimile:  (201) 445-1188
*Attorneys for  Debtor Kelli Caldwel*

IN RE:

    KELLI CALDWELL

    DEBTOR.

Case No.: 23-17269-RG

Judge:  Hon. Rosemary Gambardella

Chapter:  13

# NOTICE OF CONVERSION
## FROM CHAPTER 13 TO A CASE UNDER CHAPTER 7

Now comes the Debtor, KELLI M. CALDWELL, by and through Counsel, Strasser & Associates, P.C.  who give notice that this case, which was originally filed under Chapter 13, is now converted to a straight bankruptcy case under Chapter 7 of the U.S. Bankruptcy Code.

    Respectfully submitted,
    STRASSER & ASSOCIATES, P.C.
    Attorneys for the Debtor, Kelli Caldwell


    __/s/ David E. Mayland_____
    David E. Mayland, Esq. (DM1225)

## AUTHORIZATION

I Kelli Caldwell, authorize and direct my attorney, David E. Mayland, Esq., of Strasser and Associates, P.C. to sign and file this notice and to convert our case to a case under Chapter 7 of the Bankruptcy Code. The attorney has explained the relief available under the various chapters of the Bankruptcy Code, and I have decided to file for a Chapter 7 Bankruptcy.

/s/ Kelli M. Caldwell
_____
Kelli M. Caldwell, Debtor

Date: 1/16/23

## MEMORANDUM IN SUPPORT

Pursuant to 11 USC 1307(a), a case may be converted, as a matter of right, at any time. Pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure the date filing of this notice with the Clerk of the U.S. Bankruptcy Court is deemed to be the date of the conversion order.

                        Respectfully submitted,
                        STRASSER & ASSOCIATES, P.C.
                        Attorneys for the Debtor, Kelli Caldwell


                        __/s/ David E. Mayland_____
                        David E. Mayland, Esq. (DM1225)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David E. Mayland, Esq. (DM 1225)
**STRASSER & ASSOCIATES, P.C**.
7 East Ridgewood Avenue
Paramus, New Jersey 07652
Phone: (201) 445-9001
Facsimile: (201) 445-1188
*Attorneys for Debtor Kelli Caldwel*

IN RE:

KELLI CALDWELL

DEBTOR.

Case No.: 23-17269-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon:

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee,
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the U.S. Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Denise Carlon, Esq.
Attorney for Midfirst Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

On this 16th day of January 2024 by regular, postage pre-paid, U.S. Mail and electronic filing.

STRASSER & ASSOCIATES, P.C.
Attorneys for the Debtor, Kelli Caldwell

__/s/ David E. Mayland_____
David E. Mayland, Esq. (DM1225)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David E. Mayland, Esq. (DM 1225)
**STRASSER & ASSOCIATES, P.C**.
7 East Ridgewood Avenue
Paramus, New Jersey 07652
Phone:  (201) 445-9001
Facsimile:  (201) 445-1188
*Attorneys for  Debtor Kelli Caldwel*

IN RE:

KELLI CALDWELL

DEBTOR.

Case No.: 23-17269-RG

Judge:  Hon. Rosemary Gambardella

Chapter:  13

# NOTICE OF CONVERSION
# FROM CHAPTER 13 TO A CASE UNDER CHAPTER 7

Now comes the Debtor, KELLI M. CALDWELL, by and through Counsel, Strasser & Associates, P.C.  who give notice that this case, which was originally filed under Chapter 13, is now converted to a straight bankruptcy case under Chapter 7 of the U.S. Bankruptcy Code.

Respectfully submitted,
STRASSER & ASSOCIATES, P.C.
Attorneys for the Debtor, Kelli Caldwell

  /s/ David E. Mayland
David E. Mayland, Esq. (DM1225)

**AUTHORIZATION**

I Kelli Caldwell, authorize and direct my attorney, David E. Mayland, Esq., of Strasser and Associates, P.C. to sign and file this notice and to convert our case to a case under Chapter 7 of the Bankruptcy Code. The attorney has explained the relief available under the various chapters of the Bankruptcy Code, and I have decided to file for a Chapter 7 Bankruptcy.

/s/ Kelli M. Caldwell
_____
Kelli M. Caldwell, Debtor

Date: 1/16/23

**MEMORANDUM IN SUPPORT**

Pursuant to 11 USC 1307(a), a case may be converted, as a matter of right, at any time. Pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure the date filing of this notice with the Clerk of the U.S. Bankruptcy Court is deemed to be the date of the conversion order.

                                        Respectfully submitted,
                                        STRASSER & ASSOCIATES, P.C.
                                        Attorneys for the Debtor, Kelli Caldwell

                                        __/s/ David E. Mayland_____
                                        David E. Mayland, Esq. (DM1225)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>David E. Mayland, Esq. (DM 1225)<br>**STRASSER & ASSOCIATES, P.C**.<br>7 East Ridgewood Avenue<br>Paramus, New Jersey 07652<br>Phone:  (201) 445-9001<br>Facsimile:  (201) 445-1188<br>*Attorneys for  Debtor Kelli Caldwel* | |
| IN RE:<br><br>KELLI CALDWELL<br><br>DEBTOR. | Case No.: 23-17269-RG<br><br>Judge:  Hon. Rosemary Gambardella<br><br>Chapter:  13<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that a copy of the foregoing was served upon:

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee,
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the U.S. Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Denise Carlon, Esq.
Attorney for Midfirst Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

On this 16th  day of January 2024 by regular, postage pre-paid, U.S. Mail and electronic filing.

                                  STRASSER & ASSOCIATES, P.C.
                                  Attorneys for the Debtor, Kelli Caldwell

                                  __/s/ David E. Mayland_____
                                  David E. Mayland, Esq. (DM1225)