| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Kelli Caldwell<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–6585 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/22/23 |
| Case number: | 23–17269–RG | Date case converted to chapter: | 7    1/16/24 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelli Caldwell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 307 Prospect Ave<br>Apt 5D<br>Hackensack, NJ 07601–2532 | |
| 4. | **Debtor's attorney**<br>Name and address | David E. Mayland<br>Strasser and Associates, P.C.<br>7 East Ridgewood Road<br>Paramus, NJ 07652 | Contact phone 201–445–9001<br>Email: dm@strasserlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald V. Biase<br>Donald V. Biase, Chapter 7 Trustee<br>PO Box 646<br>Essex Fells, NJ 07021 | Contact phone 862–702–3185 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 1/17/24 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 15, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 969 576 8609, Click on JOIN using passcode 0351882427, or call 1–862–357–7761**<br><br>For additional meeting information go to<br>https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/15/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 23-17269-RG

Kelli Caldwell                                                                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                      User: admin                                                                   Page 1 of 4

Date Rcvd: Jan 17, 2024                                            Form ID: 309A                                              Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelli Caldwell, 307 Prospect Ave, Apt 5D, Hackensack, NJ 07601-2532 |
| 520004262 | # | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 520004263 | | Barclays Bank De/Northstar location svc, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 520101052 | | Baridge House Associates, 307 Prospect House, Hackensack, NJ 07601 |
| 520004264 | | Bergdorf Goodman/Capital One, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004270 | | CoastalcommProsper, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520004272 | | Department of Finance, PO Box 469046, Escondido, CA 92046-9046 |
| 520004273 | | Department of Treasury/IRS, 8212 Hamilton Ave, Cincinnati, OH 45231-2326 |
| 520004277 | + | First National Bank, The Bureaus, 650 Dundee ED Ste 370, Northbrook, IL 60062-2757 |
| 520004279 | + | ISN Corporation, 2000 N Classen Blvd Ste 3200, Oklahoma City, OK 73106-6034 |
| 520004280 | | JetBlue Barclay Bank Delaware, PO Box 19899, Wilmington, DE 19801 |
| 520004282 | | Linebacker Goggan Blair & Sampson, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 520004293 | | Syncb/PPC, PO Box 530975, Orlando, FL 32801 |
| 520068490 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520004298 | | The Port Authority of NY/NJ, PO Box 149001, Staten Island, NY 10314-9001 |
| 520004299 | | Toll Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520004300 | | Tromberg, Morris & Pulin, PLLC, 1515 S Federal Hwy Ste 100, Boca Raton, FL 33432-7404 |
| 520004302 | | US BANK-NJ-Indirect Lendding, PO Box 790179, Saint Louis, MO 63179-0179 |
| 520004303 | | Walmart/Capital One, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dm@strasserlaw.com | Jan 17 2024 20:44:00 | David E. Mayland, Strasser and Associates, P.C., 7 East Ridgewood Road, Paramus, NJ 07652 |
| tr | + | Email/Text: donald.biase@txitrustee.com | Jan 17 2024 20:44:00 | Donald V. Biase, Donald V. Biase, Chapter 7 Trustee, PO Box 646, Essex Fells, NJ 07021-0646 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520004259 | | Email/Text: backoffice@affirm.com | Jan 17 2024 20:45:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520049998 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 21:02:43 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004260 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 17 2024 20:44:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 520004261 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 17 2024 20:44:00 | AllianceOne Receivables Management Inc., PO Box 3100, Southeastern, PA 19398-3100 |

Case 23-17269-RG    Doc 36    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 17, 2024 | Form ID: 309A | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 520004265 | + | EDI: CITICORP | Jan 18 2024 01:30:00 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520004267 | | EDI: PHINGENESIS | Jan 18 2024 01:30:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004266 | | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520019166 | + | EDI: AIS.COM | Jan 18 2024 01:30:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004268 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Citibank, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 520004269 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Citibank, N.A., 5800 S Corporate Pl # PALCE MAIL CODE 23, Sioux Falls, SD 57108-5027 |
| 520023831 | | EDI: Q3G.COM | Jan 18 2024 01:30:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520021298 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520004271 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 20:51:17 | Credit One Bank USA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004274 | | EDI: DISCOVER | Jan 18 2024 01:30:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520010053 | | EDI: DISCOVER | Jan 18 2024 01:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520004275 | | Email/Text: bknotice@ercbpo.com | Jan 17 2024 20:45:00 | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 520004276 | | EDI: PHINGENESIS | Jan 18 2024 01:30:00 | FEB Destiny/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004278 | + | EDI: AMINFOFP.COM | Jan 18 2024 01:30:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520004281 | | Email/Text: customerservice.us@klarna.com | Jan 17 2024 20:44:00 | Klarna Inc, 629 N High St Ste 300, Columbus, OH 43215-2025 |
| 520047105 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 21:03:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004283 | | Email/Text: BKNotice@ldvlaw.com | Jan 17 2024 20:44:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Dr Ste 100P, Mount Laurel, NJ 08054-1725 |
| 520004286 | | Email/Text: EBN@Mohela.com | Jan 17 2024 20:44:00 | Mohela-Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520004284 | + | EDI: CITICORP | Jan 18 2024 01:30:00 | Macy's/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520059983 | + | EDI: AISMIDFIRST | Jan 18 2024 01:30:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520050047 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520004285 | | EDI: AISMIDFIRST | Jan 18 2024 01:30:00 | Midland MTG/ MIDFIRST BANK, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520004288 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 17 2024 20:44:00 | NJ E-ZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 520063336 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 17 2024 20:44:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520067918 | + | EDI: JEFFERSONCAP.COM | Jan 18 2024 01:30:00 | NORDSTROM, INC., Jefferson Capital Systems |

Case 23-17269-RG    Doc 36    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 309A | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | | LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004287 | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Neiman Marcus/Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520004289 | + Email/Text: bnc@nordstrom.com | Jan 17 2024 20:44:03 | Nordstrom TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 520065838 | EDI: PRA.COM | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520067630 | EDI: PRA.COM | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 520004291 | Email/Text: signed.order@pfwattorneys.com | Jan 17 2024 20:44:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520004290 | EDI: PRA.COM | Jan 18 2024 01:30:00 | Portfolio Recovery Associatates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 520067844 | + EDI: JEFFERSONCAP.COM | Jan 18 2024 01:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520031624 | EDI: Q3G.COM | Jan 18 2024 01:30:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520031623 | EDI: Q3G.COM | Jan 18 2024 01:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520004292 | EDI: SYNC | Jan 18 2024 01:30:00 | Syncb/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 520004294 | EDI: SYNC | Jan 18 2024 01:30:00 | Syncb/ToysRUS, PO Box 965036, Orlando, FL 32896-5036 |
| 520004295 | EDI: PHINGENESIS | Jan 18 2024 01:30:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004296 | EDI: WTRRNBANK.COM | Jan 18 2024 01:30:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004297 | EDI: CITICORP | Jan 18 2024 01:30:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520024634 | EDI: USBANKARS.COM | Jan 18 2024 01:30:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520005226 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 17 2024 20:50:36 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520004301 | Email/Text: BAN5620@UCBINC.COM | Jan 17 2024 20:44:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 520061837 | + EDI: AIS.COM | Jan 18 2024 01:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 309A | Total Noticed: 70 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David E. Mayland | on behalf of Debtor Kelli Caldwell dm@strasserlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald V. Biase | dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5