**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kelli Caldwell** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6585 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   23–17269–RG | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelli Caldwell

4/19/24                                                                  **By the court:**   Rosemary Gambardella
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Kelli Caldwell  
    Debtor

Case No. 23-17269-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 19, 2024      Form ID: 318      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelli Caldwell, 307 Prospect Ave, Apt 5D, Hackensack, NJ 07601-2532 |
| 520004263 | | Barclays Bank De/Northstar location svc, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 520101052 | | Baridge House Associates, 307 Prospect House, Hackensack, NJ 07601 |
| 520004264 | | Bergdorf Goodman/Capital One, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004272 | | Department of Finance, PO Box 469046, Escondido, CA 92046-9046 |
| 520004273 | | Department of Treasury/IRS, 8212 Hamilton Ave, Cincinnati, OH 45231-2326 |
| 520004277 | + | First National Bank, The Bureaus, 650 Dundee ED Ste 370, Northbrook, IL 60062-2757 |
| 520004279 | + | ISN Corporation, 2000 N Classen Blvd Ste 3200, Oklahoma City, OK 73106-6034 |
| 520004280 | | JetBlue Barclay Bank Delaware, PO Box 19899, Wilmington, DE 19801 |
| 520004293 | | Syncb/PPC, PO Box 530975, Orlando, FL 32801 |
| 520004298 | | The Port Authority of NY/NJ, PO Box 149001, Staten Island, NY 10314-9001 |
| 520004299 | | Toll Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520004300 | # | Tromberg, Morris & Pulin, PLLC, 1515 S Federal Hwy Ste 100, Boca Raton, FL 33432-7404 |
| 520004302 | | US BANK-NJ-Indirect Lendding, PO Box 790179, Saint Louis, MO 63179-0179 |
| 520004303 | | Walmart/Capital One, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520004259 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 19 2024 20:59:08 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520049998 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 20:58:30 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004260 | | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 19 2024 20:53:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 520004261 | | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 19 2024 20:53:00 | AllianceOne Receivables Management Inc., PO Box 3100, Southeastern, PA 19398-3100 |
| 520004265 | + | EDI: CITICORP | Apr 20 2024 00:36:00 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520004267 | | EDI: PHINGENESIS | Apr 20 2024 00:36:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR |

Case 23-17269-RG    Doc 47    Filed 04/21/24    Entered 04/22/24 00:17:01    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 318 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 97076-4499 |
| 520004266 | | EDI: CAPITALONE.COM | Apr 20 2024 00:36:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520019166 | + | EDI: AIS.COM | Apr 20 2024 00:36:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004268 | | EDI: CITICORP | Apr 20 2024 00:36:00 | Citibank, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 520004269 | | EDI: CITICORP | Apr 20 2024 00:36:00 | Citibank, N.A., 5800 S Corporate Pl # PALCE MAIL CODE 23, Sioux Falls, SD 57108-5027 |
| 520023831 | | EDI: Q3G.COM | Apr 20 2024 00:36:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520021298 | | EDI: CITICORP | Apr 20 2024 00:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520004270 | ^ | MEBN | Apr 19 2024 20:48:39 | CoastalcommProsper, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 520004271 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2024 20:58:46 | Credit One Bank USA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004274 | | EDI: DISCOVER | Apr 20 2024 00:30:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520010053 | | EDI: DISCOVER | Apr 20 2024 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520004275 | | Email/Text: bknotice@ercbpo.com | Apr 19 2024 20:56:00 | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 520004276 | | EDI: PHINGENESIS | Apr 20 2024 00:36:00 | FEB Destiny/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 520004278 | + | EDI: AMINFOFP.COM | Apr 20 2024 00:36:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520004281 | | Email/Text: customerservice.us@klarna.com | Apr 19 2024 20:54:00 | Klarna Inc, 629 N High St Ste 300, Columbus, OH 43215-2025 |
| 520047105 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 20:58:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004282 | | Email/Text: NY-Bankruptcy@lgbs.com | Apr 19 2024 20:55:00 | Linebacker Goggan Blair & Sampson, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 520004283 | | Email/Text: BKNotice@ldvlaw.com | Apr 19 2024 20:55:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Dr Ste 100P, Mount Laurel, NJ 08054-1725 |
| 520004286 | | Email/Text: EBN@Mohela.com | Apr 19 2024 20:54:00 | Mohela-Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520004284 | + | EDI: CITICORP | Apr 20 2024 00:36:00 | Macy's/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520059983 | + | EDI: AISMIDFIRST | Apr 20 2024 00:30:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520050047 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2024 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520004285 | | EDI: AISMIDFIRST | Apr 20 2024 00:30:00 | Midland MTG/ MIDFIRST BANK, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520004288 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 19 2024 20:54:00 | NJ E-ZPASS, PO Box 4971, Trenton, NJ 08650-4971 |
| 520063336 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 19 2024 20:54:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520067918 | + | EDI: JEFFERSONCAP.COM | | |

Case 23-17269-RG    Doc 47    Filed 04/21/24    Entered 04/22/24 00:17:01    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 318 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 20 2024 00:36:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004287 | | EDI: CAPITALONE.COM | Apr 20 2024 00:36:00 | Neiman Marcus/Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520004289 | + | Email/Text: bnc@nordstrom.com | Apr 19 2024 20:55:34 | Nordstrom TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 520065838 | | EDI: PRA.COM | Apr 20 2024 00:36:00 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520067630 | | EDI: PRA.COM | Apr 20 2024 00:36:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 520004291 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2024 20:54:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520004290 | | EDI: PRA.COM | Apr 20 2024 00:36:00 | Portfolio Recovery Associatates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 520067844 | + | EDI: JEFFERSONCAP.COM | Apr 20 2024 00:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520031624 | | EDI: Q3G.COM | Apr 20 2024 00:36:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520031623 | | EDI: Q3G.COM | Apr 20 2024 00:36:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520004292 | | EDI: SYNC | Apr 20 2024 00:30:00 | Syncb/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 520004294 | | EDI: SYNC | Apr 20 2024 00:30:00 | Syncb/ToysRUS, PO Box 965036, Orlando, FL 32896-5036 |
| 520004295 | | EDI: PHINGENESIS | Apr 20 2024 00:36:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520068490 | + | Email/Text: bncmail@w-legal.com | Apr 19 2024 20:56:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520004296 | | EDI: WTRRNBANK.COM | Apr 20 2024 00:36:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 520004297 | | EDI: CITICORP | Apr 20 2024 00:36:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520024634 | | EDI: USBANKARS.COM | Apr 20 2024 00:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520005226 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 19 2024 20:58:57 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520004301 | | Email/Text: BAN5620@UCBINC.COM | Apr 19 2024 20:54:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 520061837 | + | EDI: AIS.COM | Apr 20 2024 00:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 19, 2024 | Form ID: 318 | Total Noticed: 67

520004262    ##    Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David E. Mayland | on behalf of Debtor Kelli Caldwell dm@strasserlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald V. Biase | dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4